

Michael Steinmetz
225 Broadway, 37th Floor
New York, NY 10007
Tel. + 1 212.380.3623
ms@gs2law.com

March 19, 2026

***VIA ECF***

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



> **Re:**    *SimpliSmart LLC v. Wuhan Tiejinni Technology Company, et al.,*
> Case No. 26 Civ. 53 (KPF)

Dear Judge Failla:

Plaintiff SimpliSmart LLC ("Plaintiff") respectfully submits this letter motion, in lieu of the joint letter and Proposed Civil Case Management Plan and Scheduling Order required by the Court's January 14, 2026 Notice of Initial Pretrial Conference (Dkt. No. 2), to request an adjournment of (i) the initial pretrial conference currently scheduled for March 25, 2026, at 12:00 p.m., and (ii) the related March 19, 2026 deadline to submit the parties' joint letter and Proposed Civil Case Management Plan and Scheduling Order.

This is Plaintiff's first request for an adjournment or extension of these dates, and no prior request has been made or granted.  Plaintiff makes this request because the case is not yet in a posture that permits a meaningful joint submission. On March 12, 2026, Plaintiff filed the Amended Complaint adding Amazon.com, Inc. as a defendant.  Amazon.com, Inc. has been served and the remaining defendants—Wuhan Tiejinni Technology Company d/b/a Slochi and Ningbo Meishan Bonded Port Maisilang Photoelectric Technology Co., Ltd. d/b/a Amico—are located in China, and Plaintiff is in the process of serving the Amended Complaint through the Hague Convention.

No defendant has appeared in the action, and Plaintiff has not been in contact with defense counsel. Accordingly, Plaintiff cannot obtain defendants' consent or position with respect to this request, and the parties cannot yet meet and confer regarding the joint letter and Proposed Civil Case Management Plan contemplated by this Court's Notice of Initial Pretrial Conference.

Accordingly, Plaintiff respectfully requests that the Court adjourn the initial pretrial conference to May 27, 2026 at 12:00 p.m., or such other date as is convenient to the Court, and adjourn the deadline for the joint letter and Proposed Civil Case Management Plan and Scheduling Order to May 21, 2026, or to the Thursday preceding any rescheduled conference.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Michael Steinmetz*
Michael Steinmetz
Partner
Garson Segal Steinmetz Fladgate LLP

*Attorneys for Plaintiff*

```
Application GRANTED.

The initial pretrial conference currently scheduled for March 25,
2026, is hereby ADJOURNED to May 27, 2026, at 10:00 a.m.  As before,
the conference will be telephonic.  The dial-in information is as
follows:  At the scheduled time, the parties shall call (855)
244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at
docket entry 14.

Dated:     March 20, 2026            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2