**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

**SIMPLISMART LLC,**

Plaintiff,

Civil Action No.
1:26-cv-00053 (KPF)

-against-

**WUHAN TIEJINNI TECHNOLOGY COMPANY ET AL.,**

Defendants.

--------------------------------------------------------------x

**MEMO ENDORSED**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE,** that Pranav L. Katti, Esq. of Garson, Ségal, Steinmetz, Fladgate LLP, a member of this Court in good standing, respectfully enters his appearance as counsel for Plaintiff Simplismart LLC in the above-entitled action.

Dated: New York, New York
August 10, 2026

Respectfully Submitted,

**GARSON, SÉGAL, STEINMETZ, FLADGATE LLP**
By: /s/ Pranav Katti
Pranav L. Katti (5872346)
225 Broadway, 37th Floor
New York, New York 10007
Tel.: (212) 380-3623
Email: pk@gs2law.com

The Clerk of Court is directed to terminate the pending motion at Docket Entry #38.

Dated: August 11, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE